```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERTO BAEZ and JOHN DOE, *individually and on behalf of all others similarly situated*,

                    Plaintiffs,

v.

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA BAR, PETER POULAKAKOS, FRANK CASANO, and NICK ANGELIS,

                    Defendants.

21-CV-9714 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. In order for a plaintiff to proceed in an action under a pseudonym, he must file a motion requesting to do so. Rule 10(a) of the Federal Rules of Civil Procedure requires that "[t]he title of [a] complaint must name all the parties." *See also Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008).

    To date, Plaintiff John Doe has not filed such a motion. Plaintiff John Doe shall file a motion to proceed pseudonymously no later than December 15, 2021. Plaintiffs shall serve a copy of this Order on Defendants.

SO ORDERED.

Dated:    November 29, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge