# Lee Litigation Group, PLLC
148 W 24ᴛʜ Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

\Writer's Direct:     212-465-1188                                              February 11, 2022
                      cklee@leelitigation.com

**<u>Via ECF</u>**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

                Re:   <u>*Baez et al v. Pizza On Stone LLC et al.*</u>
                      Case No. 1:21-cv-09714

Dear Judge Abrams:

        We are counsel to Plaintiff in the above-referenced matter. We write to inform the Court of the following discovery dispute and to respectfully request that the Court set a discovery conference to resolve the dispute.

        On January 4, 2022, Your Honor referred this case to the Southern District Mediation Program for Early Mediation [Dkt. No. 21]. Pursuant to the Order, within four (4) weeks of the Order, the parties were to exchange limited discovery to help facilitate mediation. The deadline to produce such documentation was February 1, 2022.

        On February 1, 2022, Plaintiff's counsel produced the "spreadsheet of alleged underpayments and other damages" to Defendants' counsel. *See* **Exhibit A.** However, Plaintiff's counsel did not receive any production from Defendants on February 1, 2022.

        On Monday, February 7, 2022, six (6) days after the deadline to produce, Plaintiff's counsel attempted to reach Defendants' counsel by phone and email to determine when the Court ordered documents would be produced, if any existed. Defendants' counsel did not respond. *See* **Exhibit B**. On February 10, 2022, Plaintiff's counsel followed up again with Defendants' counsel by telephone and email as to the status of the Court ordered production, and Defendants' counsel again failed to respond. *See* **Exhibit B**.

        Documents such as the "records of wages paid to and hours worked by the Plaintiff (e.g., payroll records, time sheets, work schedules, wage statements and wage notices)" and "documents describing compensation policies or practices" are necessary to perform an accurate liability analysis to enable a fruitful mediation. Furthermore, if Defendants intend to assert an inability to pay, then Plaintiff's counsel will require time to review such documentation demonstrating the dire financial status.

As of this date, Defendants have yet to produce the documents required by the Order nor have Defendants informed Plaintiff's counsel that no responsive documents exist. Therefore, we respectfully request that the Court set a discovery conference.

We thank the Court for considering this matter.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

Application granted.

The parties shall appear for a telephone conference on February 16, 2022 at 12:00 p.m. to discuss this discovery dispute.

The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

_____
Hon. Ronnie Abrams
02/14/2022

# Exhibit A

## Baez et al v. Pizza On Stone LLC et al - 21-cv09714-RA - Early Mediation Order - Document Production - FOR MEDIATION PURPOSES ONLY

Tenzin Tashi <tenzin@leelitigation.com>

Tue 2/1/2022 3:51 PM

To: Wayne Kreger <wayne@kregerlaw.com>
Cc: Taylor Grasdalen <taylor@leelitigation.com>; CK Lee <cklee@leelitigation.com>

📎 1 attachments (32 KB)
Baez et al v. Pizza On Stone LLC et al - Alberto Baez Damage Calculations.pdf;

Mr. Kreger,

Pursuant to the Court's Early Mediation Program, please find attached Plaintiff Baez's individual damage calculations.

Damages for the Class are to be calculated.

Thank you,
Tenzin

**Tenzin Tashi, Esq.**
Lee Litigation Group, PLLC
148 W. 24th Street, 8th Floor
New York, NY 10011
tenzin@leelitigation.com
Main: (212) 465-1180
Direct: (917) 819-5583
Fax: (212) 465-1181

*Please note our new office address*

# Exhibit B

**Re: Baez et al v. Pizza on Stone LLC et al - Defendants mediation production**

Tenzin Tashi <tenzin@leelitigation.com>
Thu 2/10/2022 3:00 PM
To: Wayne Kreger <wayne@kregerlaw.com>
Cc: CK Lee <cklee@leelitigation.com>; Taylor Grasdalen <taylor@leelitigation.com>

Mr. Kreger,

Following up on my email from earlier this week, when can we expect the Court ordered pre-mediation document production that was due on February 1, 2022?

Thanks,
Tenzin

**Tenzin Tashi, Esq.**
Lee Litigation Group, PLLC
148 W. 24th Street, 8th Floor
New York, NY 10011
tenzin@leelitigation.com
Main: (212) 465-1180
Direct: (917) 819-5583
Fax: (212) 465-1181

*Please note our new office address*

---

**From:** Tenzin Tashi
**Sent:** Monday, February 7, 2022 2:46 PM
**To:** Wayne Kreger <wayne@kregerlaw.com>
**Cc:** CK Lee <cklee@leelitigation.com>; Taylor Grasdalen <taylor@leelitigation.com>
**Subject:** Baez et al v. Pizza on Stone LLC et al - Defendants mediation production

Mr. Kreger,

Pursuant to Judge Abrams' January 4, 2022 Order [Dkt. No. 21], Defendants were to produce by February 1, 2022: (i) payroll records, time sheets, work schedules, wage statements and wage notices, (ii) any existing documents describing compensation policies or practices, and (iii) if Defendnats assert inabiltiy to pay, any proof of financial condition including tax records, business records, or other documents demonstrating their financial status.

When can we expect these documents?

Thank you,
Tenzin

**Tenzin Tashi, Esq.**
Lee Litigation Group, PLLC
148 W. 24th Street, 8th Floor
New York, NY 10011
tenzin@leelitigation.com
Main: (212) 465-1180
Direct: (917) 819-5583
Fax: (212) 465-1181

*Please note our new office address*