USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERTO BAEZ, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA BAR, PETER POULAKAKOS, FRANK CASANO, and NICK ANGELIS,

        Defendants.

No. 21-CV-9714 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Pursuant to the discussion at today's conference, by no later than February 25, 2022, Defendants shall produce to Plaintiffs the records described in the Court's Order referring this matter to mediation. *See* Dkt. 21.

SO ORDERED.

Dated:    February 16, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge