**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ALBERTO BAEZ, *individually and on behalf of*
*others similarly situated*,

                                 Plaintiff,

                -against-

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA
BAR, PETER POULAKAKOS, FRANK CASANO
and NICK ANGELIS,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-9714 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on May 2, 2022 for general pretrial.  ECF

No. 30.   The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at

WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for an

Initial Case Management Conference by **May 6, 2022**.  Proposed dates should be in the first two

weeks of June.

       SO ORDERED.

DATED:    New York, New York
             May 3, 2022

                                        *Jennifer E. Willis*
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge