UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALBERTO BAEZ, *individually and on behalf of others similarly situated*,

                         Plaintiff,

-against-

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA BAR, PETER POULAKAKOS, FRANK CASANO and NICK ANGELIS,

                         Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-9714 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The parties shall appear for a discovery conference regarding docket entry 41 on **October 31, 2022 at 1:00 p.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
               October 11, 2022

                                                        */s/ Jennifer E. Willis*
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge