UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALBERTO BAEZ, *individually and on behalf of others similarly situated*,

                                  Plaintiff,

-against-

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA BAR, PETER POULAKAKOS, FRANK CASANO and NICK ANGELIS,

                                  Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-9714 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Plaintiff filed a letter motion for a discovery conference on October 4, 2022. Dkt. No. 41. Per the Court's Individual Practices, Defendants' response was due October 7, 2022. Defendants did not respond. If Defendants have any response to Plaintiff's letter motion, it must be filed by **October 24, 2022**.

      SO ORDERED.

DATED:    New York, New York
               October 20, 2022

                                                                 _____
                                                                  JENNIFER E. WILLIS
                                                                  United States Magistrate Judge