**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ALBERTO BAEZ, *individually and on behalf of*
*others similarly situated*,

                                      **ORDER**

                 Plaintiff,                 **21-CV-9714 (RA) (JW)**

       -against-

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA
BAR, PETER POULAKAKOS, FRANK CASANO
and NICK ANGELIS,

                 Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Given Defendants' counsel's letter (Dkt. No. 47), the parties' October 31, 2022 discovery

conference is adjourned.  Defendants must respond to Plaintiff's discovery requests by **November**

**23, 2022**.

      SO ORDERED.

DATED:    New York, New York
            October 25, 2022

                                                     *Jennifer E. Willis*
                                          JENNIFER E. WILLIS
                                          United States Magistrate Judge