UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALBERTO BAEZ, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA BAR, PETER POULAKAKOS, FRANK CASANO and NICK ANGELIS,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-9714 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

As discussed on the record during the parties' December 9, 2022 discovery conference, fact discovery is extended to **May 30, 2023** and depositions must be completed by **March 6, 2023**. The parties shall file a joint status letter by **December 16, 2022** regarding the status of Defendants' written responses to Plaintiffs' document requests and interrogatories and Defendants' document production.

SO ORDERED.

DATED:    New York, New York
              December 9, 2022

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge