UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALBERTO BAEZ, *individually and on behalf of others similarly situated,*

                       Plaintiff,

-against-

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA BAR, PETER POULAKAKOS, FRANK CASANO and NICK ANGELIS,

                       Defendants.
-------------------------------------------------------------------X

**ORDER**

**21-CV-9714 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 24, 2023, Plaintiffs filed a letter motion seeking a conference to resolve various discovery disputes. Dkt. No. 60. Defendant has not filed a response in opposition. On April 3, 2023, Plaintiffs filed a letter requesting the Court deem their prior request for a conference unopposed. Dkt. No. 61.

The request for a conference is **GRANTED**. The parties shall appear in-person to resolve any remaining discovery disputes. The conference will be held in Courtroom 228, 40 Foley Square, New York, New York on **April 27, 2023, at 10:30 am.**

       SO ORDERED.

DATED:   New York, New York
             April 5, 2023

*/s/ Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge