# LEE LITIGATION

148 WEST 24TH
NEW YO
TEL:
FAX:
INFO@LEE

WRITER'S DIRECT:          (212) 465-1188
                         cklee@leelitigation.com

**Via ECF**
The Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 701
Brooklyn, NY 10007

                    Re:    *Baez et al. v. Plaza on Stone LLC et al.*
                           Case No. 1:21-cv-09714

Dear Judge Willis:

      We are counsel to Plaintiff in the above referenced matter. We write jointly with
Defendants to respectfully request the stay of discovery set forth in the Court's April 26, 2023
Order.

      The Parties have agreed to return to mediation on behalf of the named and opt-in Plaintiffs
and the purported class through the SDNY Mediation Panel, which will be scheduled for no later
than September 1, 2023. As such, the parties request a stay and request another referral to the
Panel. We will update the Court on status no later than September 15, 2023.

      We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

The request to stay discovery is GRANTED. The
Parties' request for a referral to the SDNY
Mediation Panel is also GRANTED.

The Parties shall jointly provide an update on the
status of the case **by September 15, 2023.**

The Clerk of the Court is respectfully requested to
close Dkt. Nos. 66 and 68.

SO ORDERED.

*Jennifer E. Willis*

Jennifer E. Willis
United States Magistrate Judge

June 27, 2023