UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALBERTO BAEZ, *individually and on behalf of others similarly situated*,

                           Plaintiff,

-against-

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA BAR, PETER POULAKAKOS, FRANK CASANO and NICK ANGELIS,

                           Defendants.
------------------------------------------------------------------X

**ORDER**

21-cv-9714 (RA) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 29th, the Plaintiffs requested the Court compel Defendants to provide "(a) deposition dates for the relevant witnesses and (b) the agreed upon class discovery." Dkt. No. 80. Defendants never responded. Plaintiffs ask that the request be deemed unopposed. Dkt. No. 80.

Plaintiffs' request is GRANTED. **By May 24th**, the Defendants must confer with the Plaintiffs, provide deposition dates for the relevant witnesses, and submit to the Court a proposed schedule to complete the agreed-upon class discovery.

In addition, on May 9th, the Plaintiffs sought leave to submit an Amended Complaint. Should Defendants object to the proposed Amended Complaint, they must detail their objections in a letter **by May 17th**.

The Clerk of the Court is respectfully requested to close Dkt. No. 79.

SO ORDERED.

DATED:    New York, New York
                May 13, 2024

                                                            *Jennifer E. Willis*
                                                             _____
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge