**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALBERTO BAEZ, NOE BAEZ REYES,
IVAN VELAZQUEZ, JOSE GUADALUPE BRITO      Case No.: 21-cv-09714
TOMAS, and RAMON MENDOZA, *on behalf of*
*himself, FLSA Collective Plaintiffs and the Class,*

              Plaintiffs,
      v.

PIZZA ON STONE LLC
      d/b/a ADRIENNE'S PIZZA BAR,
PETER POULAKAKOS,
FRANK CASANO, and NICK ANGELIS

              Defendants.

---

### DECLARATION OF C.K. LEE IN SUPPORT OF
### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, C. K. Lee, under penalty of perjury, affirm as follows:

1.     My name is C.K. Lee, and I am a member of Lee Litigation Group, PLLC, Plaintiffs' counsel in the above-captioned matter.

2.     I submit this Declaration in support of Plaintiff's Motions for Summary Judgment under Fed. R. Civ. P. 56.

3.     Attached hereto as **Exhibit A** are all the notices to Plaintiffs that Defendants produced in response to Plaintiffs' discovery requests for their records.

4.     Attached hereto as **Exhibit B** is the "Time Detail Report" that Defendants produced for Plaintiff Jose Guadalupe Brito.

5.     Attached hereto as **Exhibit C** is a true and correct copy of the Transcript of the Deposition of 30(b)(6) Witness Nick Angelis.

6. Attached hereto as **Exhibit D** are the only five (5) wage statements that Defendants produced for Plaintiff Jose Guadalupe Brito Tomas.

7. Attached hereto as **Exhibit E** is the one-page Payroll Register that Defendants produced for Plaintiff Noe Baez Reyes.

8. In their discovery requests, Plaintiffs demanded that Defendants produce all employee records for Plaintiffs.

9. Defendants did not produce even a single notice of any kind for Plaintiff Noe Baez Reyes.

10. Defendants did not produce any wage statements for Plaintiffs Alberto Baez, Noe Baez Reyes, Ivan Velasquez, and Ramon Mendoza.

11. Attached hereto as **Exhibit F** is Plaintiffs' Proposed Order Granting Partial Summary Judgment.

I affirm, under penalty of perjury, that the foregoing information is true and correct.

Dated: New York, New York
                                                             Respectfully submitted,

August 30, 2024                           By:    */s/ C.K. Lee*
                                                         C.K. Lee, Esq.

                                                     **LEE LITIGATION GROUP, PLLC**
                                                     148 West 24th Street, Eighth Floor
                                                     New York, NY 10011
                                                     Tel.: (212) 465-1188
                                                     Fax: (212) 465-1181
                                                     *Attorneys for Plaintiff,*
                                                     *FLSA Collective Plaintiffs,*
                                                     *and the Class*

2