# EXHIBIT A

**NEW YORK** STATE OF OPPORTUNITY. | **Department of Labor**

Division of Labor Standards

# Sample Pay Notice for the Hospitality Industry - Updated

More information is available in Part § 146-2.2.

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

## Notice of Pay Rates and Pay Day

Pizza on Stone LLC dba Adrienne's

Company name and address 54 Stone Street, New York NY 10004

Preparer's name and title _____

Employee's name and address BAEZ, JUAN _____

Your regular rate of pay will be $ 18.00 _____ per hour for the first 40 hours in a week.

Your overtime rate of pay will be $ 27 _____ per hour for hours over 40.

Your designated pay day will be: ___ Friday (MAY CHANGE DUE TO HOLIDAY) ___

## For Tipped Employees Only:

The tip credit taken will be $_____ per hour. (See page 2 for the maximum allowed amount.)

If you do not receive enough tips over the course of a week to bring you up to the minimum hourly rates for the first 40 hours and 1½ times that amount per hour for hours over 40, you will be paid additional wages that week to make up the difference. See page 2 for the minimum hourly wage amounts.

## For Service Employees in Resort Hotels Only (if different from rates given above):

If your weekly average of tips received is at least the minimum threshold for tips per hour (see page 2 for a listing of the minimum threshold tips), your regular rate of pay will be $_____ per hour and your overtime rate of pay will be $_____ per hour. The tip credit taken will be $_____ per hour.

Preparer's Signature: _____ Date: _____

I have been notified of my pay rate, overtime rate, tip credit if applicable, and designated pay day on the date given below.

Employee's Signature: _____ Date: 01/23/2020 _____

LS 48 (01/17)                                                                 Page 1 of 2

Baez - Defendants' Document Production - 001

**NEW YORK STATE OF OPPORTUNITY.** | **Department of Labor**

Division of Labor Standards

## Sample Pay Notice for the Hospitality Industry - Updated

More information is available in Part § 146-2.2.

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

### Notice of Pay Rates and Pay Day
Pizza on Stone LLC dba Adrienne's

Company name and address  54 Stone Street, New York NY 10004

Preparer's name and title  ldavd Almachi - HR Assctnt

Employee's name and address  Juan Velazquez Rodriguez ███████

Your regular rate of pay will be $ 13 per hour for the first 40 hours in a week.

Your overtime rate of pay will be $ 19.58 per hour for hours over 40.

Your designated pay day will be: Thursday (MAY CHANGE DUE TO HOLIDAY)

### For Tipped Employees Only:

The tip credit taken will be $ ——— per hour. (See page 2 for the maximum allowed amount.)

If you do not receive enough tips over the course of a week to bring you up to the minimum hourly rates for the first 40 hours and 1½ times that amount per hour for hours over 40, you will be paid additional wages that week to make up the difference. See page 2 for the minimum hourly wage amounts.

### For Service Employees in Resort Hotels Only (if different from rates given above):

If your weekly average of tips received is at least the minimum threshold for tips per hour (see page 2 for a listing of the minimum threshold tips), your regular rate of pay will be $_____ per hour and your overtime rate of pay will be $_____ per hour. The tip credit taken will be $_____ per hour.

Preparer's Signature: _____ Date: 5/1/2018

I have been notified of my pay rate, overtime rate, tip credit if applicable, and designated pay day on the date given below.

Employee's Signature: _____ Date: 1/5/2019

LS 48 (01/17)                                                                 Page 1 of 2

Baez - Defendants' Document Production - 181

NEW YORK STATE OF OPPORTUNITY **Department of Labor**

Division of Labor Standards

## Sample Pay Notice for the Hospitality Industry - Updated

More information is available in Part § 146-2.2.

**Please note**: It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

### Notice of Pay Rates and Pay Day

Company name and address   Pizza on Stone LLC dba Adrienne's
54 Stone Street, New York NY 10004

Preparer's name and title   Idavi Almachi - HR

Employee's name and address   BRITO, JOSE   ███████████

Your regular rate of pay will be $ 16.00 per hour for the first 40 hours in a week.

Your overtime rate of pay will be $ 24 per hour for hours over 40.

Your designated pay day will be: Thursday (MAY CHANGE DUE TO HOLIDAY)

### For Tipped Employees Only:

The tip credit taken will be $_____ per hour. (See page 2 for the maximum allowed amount.)

If you do not receive enough tips over the course of a week to bring you up to the minimum hourly rates for the first 40 hours and 1½ times that amount per hour for hours over 40, you will be paid additional wages that week to make up the difference. See page 2 for the minimum hourly wage amounts.

### For Service Employees in Resort Hotels Only (if different from rates given above):

If your weekly average of tips received is at least the minimum threshold for tips per hour (see page 2 for a listing of the minimum threshold tips), your regular rate of pay will be $_____ per hour and your overtime rate of pay will be $_____ per hour. The tip credit taken will be $_____ per hour.

Preparer's Signature: _d_ialmachi5e00dc7317526_116821_   Date: 01/08/2020

I have been notified of my pay rate, overtime rate, tip credit if applicable, and designated pay day on the date given below.

Employee's Signature: _ee_f0825e16194e6518e_116821_   Date: 01/08/2020

LS 48 (01/17)    Page 1 of 2

Baez - Defendants' Document Production - 193



**NEW YORK** STATE OF OPPORTUNITY. | **Department of Labor**

Division of Labor Standards

## Sample Pay Notice for the Hospitality Industry - Updated

More information is available in Part § 146-2.2.

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

### Notice of Pay Rates and Pay Day

Pizza on Stone LLC dba Adrienne's

Company name and address  54 Stone Street, New York NY 10004

Preparer's name and title  Idauri Almachi  — HR Assistent

Employee's name and address  Zamán Mendoz ███████████

Your regular rate of pay will be $  14  per hour for the first 40 hours in a week.

Your overtime rate of pay will be $  21  per hour for hours over 40.

Your designated pay day will be:  Thursday (MAY CHANGE DUE TO HOLIDAY)

### For Tipped Employees Only:

The tip credit taken will be $  N/A  per hour. (See page 2 for the maximum allowed amount.)

If you do not receive enough tips over the course of a week to bring you up to the minimum hourly rates for the first 40 hours and 1½ times that amount per hour for hours over 40, you will be paid additional wages that week to make up the difference. See page 2 for the minimum hourly wage amounts.

### For Service Employees in Resort Hotels Only (if different from rates given above):

If your weekly average of tips received is at least the minimum threshold for tips per hour (see page 2 for a listing of the minimum threshold tips), your regular rate of pay will be $_____ per hour and your overtime rate of pay will be $_____ per hour. The tip credit taken will be $_____ per hour.

Preparer's Signature: _____    Date: 8|10|2018

I have been notified of my pay rate, overtime rate, tip credit if applicable, and designated pay day on the date given below.

Employee's Signature: _____    Date: 8|10|2018

LS 48 (01/17)                                                         Page 1 of 2

Baez - Defendants' Document Production - 173