# EXHIBIT B

**PIZZA ON STONE LLC**
Client: (0EM67)

# Time Detail Report

Date Range (01/01/2020 - 12/31/2020)
Freeze Time (Unknown)
Generated (11/28/2022 19:52:09)

| | |
|---|---|
| **Employee:** BRITO, JOSE (A062) | **Badge #:** 5001 |
| **Department:** CULINARY | **Pay Class:** Hourly Above 15 |
| **Status:** Terminated | **Hire Date:** 01/02/2020 |
| **Home Allocation:** CULINARY-KITCHEN-Spanish-Employee (Non-Supervisor) | **Trm Gp:** Hardware Clocks |

| Date | Pay Code | IN | OUT | Allocation | Tax Profile | Missing | Dollars | Total Hrs. | Total Hrs./Day | Employee Approval | Supervisor Approval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wed (01/01) | | -- | -- | | | | | | | | |
| Thu (01/02) | | -- | -- | | | | | | | | |
| Fri (01/03) | | -- | -- | | | | | | | | |
| Sat (01/04) | | -- | -- | | | | | | | | |
| Sun (01/05) | | -- | -- | | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | | | |
| Mon (01/06) | | -- | -- | | | | | | 0.00 | | |
| Tue (01/07) | | -- | -- | | | | | | | | |
| Wed (01/08) | | -- | -- | | | | | | | | |
| Thu (01/09) | | ID-04:13 PM | OD-08:01 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 3.80 | | | |
| Thu (01/09) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 4.80 | | |
| Fri (01/10) | | ID-12:10 PM | OD-04:33 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 4.38 | | | |
| Fri (01/10) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 5.38 | | |
| Sat (01/11) | | -- | -- | | | | | | | | |
| Sun (01/12) | | ID-04:04 PM | OD-08:07 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 4.05 | | | |
| Sun (01/12) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 5.05 | | |
| Total Units/Hours For Week: | | | | | | | | | 15.23 | | |
| Mon (01/13) | | -- | -- | | | | | | | | |
| Tue (01/14) | | -- | -- | | | | | | | | |
| Wed (01/15) | | ID-04:04 PM | OD-08:30 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 4.43 | | | |
| Wed (01/15) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 5.43 | | |
| Thu (01/16) | | ID-04:07 PM | OD-08:30 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 4.38 | | | |
| Thu (01/16) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 5.38 | | |
| Fri (01/17) | | ID-12:10 PM | OD-04:20 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 4.17 | | | |
| Fri (01/17) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 5.17 | | |
| Sat (01/18) | | -- | -- | | | | | | | | |
| Sun (01/19) | | -- | -- | | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 15.98 | | |
| Mon (01/20) | | -- | -- | | | | | | | | |
| Tue (01/21) | | -- | -- | | | | | | | | |
| Wed (01/22) | | ID-04:04 PM | OD-08:03 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 3.98 | | | |
| Wed (01/22) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 4.98 | | |
| Thu (01/23) | | ID-04:12 PM | OD-04:14 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 0.03 | 0.03 | | |
| Fri (01/24) | | ID-12:35 PM | OD-04:36 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 4.02 | | | |
| Fri (01/24) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 5.02 | | |
| Sat (01/25) | | -- | -- | | | | | | | | |
| Sun (01/26) | | ID-04:05 PM | OD-08:15 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 4.17 | | | |
| Sun (01/26) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 5.17 | | |
| Total Units/Hours For Week: | | | | | | | | | 15.20 | | |
| Mon (01/27) | | -- | -- | | | | | | | | |
| Tue (01/28) | | -- | -- | | | | | | | | |
| Wed (01/29) | | ID-04:07 PM | OD-07:15 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 3.13 | | | |
| Wed (01/29) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 4.13 | | |
| Thu (01/30) | | ID-04:10 PM | OD-08:44 PM | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 4.57 | | | |
| Thu (01/30) | Fixed: (ML4) | n/a | n/a | [4000]-KITCHEN-Spanish-Employee (Non-Supervisor) | | | | 1.00 | 5.57 | | |
| Fri (01/31) | | -- | -- | | | | | | | | |

