# EXHIBIT D

# Earnings Statement

**BRITO, JOSE**

| | | | Company: 0EM67 - PIZZA ON STONE LLC | | |
|---|---|---|---|---|---|
| Pay Date: | 03/31/2020 | | DBA: ADRIENNES | | Emp #: A062 |
| Period Start: | | | 93 PEARL STREET | | Dept: 4000 - CULINARY |
| Period End: | 03/31/2020 | | NEW YORK NY 10004-2713 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 16.00 | 0.00 | 0.00 | 721.76 | |
| RETRO HOURLY | 16.00 | 0.00 | 0.00 | 608.00 | |
| CARES Retro Wages | | | 1369.36 | 1369.36 | In/Out |
| Meals | 3.60 | 0.00 | 0.00 | 39.60 | |
| **Gross** | | | **0.00** | **1369.36** | |
| **W/H Taxes** | | | | | |
| Federal W/H(S) | | | 0.00 | 65.32 | |
| Medicare | | | 0.00 | 19.86 | |
| Social Security | | | 0.00 | 84.90 | |
| New York State W/H(S/0) | | | 0.00 | 41.51 | |
| New York City, NY - Resident L | | | 0.00 | 30.38 | |
| **Deductions** | | | | | |
| NY Paid Family Leave % | | | 0.00 | 2.10 | |
| NY SDI $ | | | 0.00 | 2.40 | |
| **Net Pay** | | | **0.00** | **1083.29** Check No. 11386 | |
| **Net Pay Distribution** | | | | | |
| Payroll Net Check | | | 0.00 | 1083.29 A/C: | |

--> "NYS Min Wage is $15/hr, Tipped EEs $5 Tip Credit will be taken."

---

Check No. 11386

ADRIENNES
54 STONE STREET
NEW YORK, NY   10004

DATE: 03/31/2020

Dept: 4000

## Net Pay:                                                    0.00

Zero And 00/100 Dollars

BRITO, JOSE

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

Baez - Defendants' Document Production - 201

# Earnings Statement

**BRITO, JOSE**

| | | Company: 0EM67 - PIZZA ON STONE LLC |
|---|---|---|
| Pay Date: | 02/07/2020 | DBA: ADRIENNES |
| Period Start: | 01/27/2020 | 93 PEARL STREET |
| Period End: | 02/02/2020 | NEW YORK  NY  10004-2713 |

Emp #: A062
Dept: 4000 - CULINARY
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 16.00 | 7.70 | 123.20 | 721.76 | |
| RETRO HOURLY | 16.00 | 0.00 | 0.00 | 608.00 | |
| *Meals* | *3.60* | *2.00* | *7.20* | *39.60* | *In/Out* |
| **Gross** | | 7.70 | 130.40 | 1369.36 | |

*Hours for italicized entries are already included in totals once.*

| **W/H Taxes** | | |
|---|---|---|
| Federal W/H(S) | 0.00 | 65.32 |
| Medicare | 1.90 | 19.86 |
| Social Security | 8.08 | 84.90 |
| New York State W/H(S/0) | 0.00 | 41.51 |
| New York City, NY - Resident Local | 0.70 | 30.38 |

| **Deductions** | | |
|---|---|---|
| NY Paid Family Leave % | 0.20 | 2.10 |
| NY SDI $ | 0.60 | 2.40 |

| **Net Pay** | 111.72 | 1083.29 Check No. 10792 |
|---|---|---|
| **Net Pay Distribution** | | |
| Payroll Net Check | 111.72 | 1083.29 A/C: |

--> "NYS Min Wage is $15/hr, Tipped EEs $5 Tip Credit will be taken."

---

ADRIENNES
54 STONE STREET
NEW YORK, NY   10004

**Check No. 10792**

DATE: 02/07/2020

Dept: 4000

# Net Pay:

**111.72**

One Hundred Eleven And 72/100 Dollars

BRITO, JOSE

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

Baez - Defendants' Document Production - 202

# Earnings Statement

**BRITO, JOSE**

| | | |
|---|---|---|
| Pay Date: | 01/30/2020 | Company: 0EM67 - PIZZA ON STONE LLC |
| Period Start: | 01/20/2020 | DBA: ADRIENNES |
| Period End: | 01/26/2020 | 93 PEARL STREET |
| | | NEW YORK  NY  10004-2713 |

Emp #: A062
Dept: 4000 - CULINARY
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 16.00 | 12.20 | 195.20 | 598.56 | |
| RETRO HOURLY | 16.00 | 0.00 | 0.00 | 608.00 | |
| *Meals* | *3.60* | *3.00* | *10.80* | *32.40* | *In/Out* |
| **Gross** | | **12.20** | **206.00** | **1238.96** | |

*Hours for italicized entries are already included in totals once.*

| | | | Current Period | Year To Date |
|---|---|---|---|---|
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 0.00 | 65.32 |
| Medicare | | | 2.98 | 17.96 |
| Social Security | | | 12.78 | 76.82 |
| New York State W/H(S/0) | | | 2.55 | 41.51 |
| New York City, NY – Resident Local | | | 2.25 | 29.68 |
| **Deductions** | | | | |
| NY Paid Family Leave % | | | 0.32 | 1.90 |
| NY SDI $ | | | 0.60 | 1.80 |
| **Net Pay** | | | **173.72** | **971.57** Check No. 10730 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 173.72 | 971.57 A/C: |

--> "NYS Min Wage is $15/hr, Tipped EEs $5 Tip Credit will be taken."

---

**Check No. 10730**

ADRIENNES
54 STONE STREET
NEW YORK, NY   10004

DATE: 01/30/2020

Dept: 4000

## Net Pay: 173.72

One Hundred Seventy Three And 72/100 Dollars

BRITO, JOSE

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

Baez - Defendants' Document Production - 203

# Earnings Statement

**BRITO, JOSE**

Company: 0EM67 - PIZZA ON STONE LLC

| | | |
|---|---|---|
| Pay Date: | 01/24/2020 | DBA: ADRIENNES |
| Period Start: | 01/13/2020 | 93 PEARL STREET |
| Period End: | 01/19/2020 | NEW YORK  NY  10004-2713 |

Emp #: A062
Dept: 4000 - CULINARY
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 16.00 | 12.98 | 207.68 | 403.36 | |
| RETRO HOURLY | 16.00 | 0.00 | 0.00 | 608.00 | |
| *Meals* | *3.60* | *3.00* | *10.80* | *21.60* | *In/Out* |
| **Gross** | | 12.98 | 218.48 | 1032.96 | |

*Hours for italicized entries are already included in totals once.*

| **W/H Taxes** | | |
|---|---|---|
| Federal W/H(S) | 0.00 | 65.32 |
| Medicare | 3.17 | 14.98 |
| Social Security | 13.54 | 64.04 |
| New York State W/H(S/0) | 3.05 | 38.96 |
| New York City, NY - Resident Local | 2.51 | 27.43 |

| **Deductions** | | |
|---|---|---|
| NY Paid Family Leave % | 0.33 | 1.58 |
| NY SDI $ | 0.60 | 1.20 |
| **Net Pay** | **184.48** | **797.85** Check No. 10697 |

| **Net Pay Distribution** | | |
|---|---|---|
| Payroll Net Check | 184.48 | 797.85 A/C: |

--> "NYS Min Wage is $15/hr, Tipped EEs $5 Tip Credit will be taken."

---

Check No. 10697

ADRIENNES
54 STONE STREET
NEW YORK, NY   10004

DATE: 01/24/2020

Dept: 4000

## Net Pay:                                    184.48

One Hundred Eighty Four And 48/100 Dollars

BRITO, JOSE

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

Baez - Defendants' Document Production - 204

# Earkings Statement

**BRITO, JOSE**

Company: 0EM67 - PIZZA ON STONE LLC

| | |
|---|---|
| Pay Date: | 01/16/2020 |
| Period Start: | 01/06/2020 |
| Period End: | 01/12/2020 |

DBA: ADRIENNES
93 PEARL STREET
NEW YORK  NY  10004-2713

Emp #: A062
Dept: 4000 - CULINARY
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 16.00 | 12.23 | 195.68 | 195.68 | |
| RETRO HOURLY | 16.00 | 38.00 | 608.00 | 608.00 | |
| *Meals* | *3.60* | *3.00* | *10.80* | *10.80* | *In/Out* |
| **Gross** | | **50.23** | **814.48** | **814.48** | |

*Hours for italicized entries are already included in totals once.*

| | | | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **W/H Taxes** | | | | | |
| Federal W/H(S) | | | 65.32 | 65.32 | |
| Medicare | | | 11.81 | 11.81 | |
| Social Security | | | 50.50 | 50.50 | |
| New York State W/H(S/0) | | | 35.91 | 35.91 | |
| New York City, NY - Resident Local | | | 24.92 | 24.92 | |
| **Deductions** | | | | | |
| NY Paid Family Leave % | | | 1.25 | 1.25 | |
| NY SDI $ | | | 0.60 | 0.60 | |
| **Net Pay** | | | **613.37** | **613.37** Check No. 10664 | |
| **Net Pay Distribution** | | | | | |
| Payroll Net Check | | | 613.37 | 613.37 A/C: | |

--> "NYS Min Wage is $15/hr, Tipped EEs $5 Tip Credit will be taken."

Check No. 10664

ADRIENNES
54 STONE STREET
NEW YORK, NY   10004

DATE: 01/16/2020

Dept: 4000

## Net Pay:                                                            613.37

Six Hundred Thirteen And 37/100 Dollars

BRITO, JOSE

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

Baez - Defendants' Document Production - 205