# EXHIBIT E

**PAYROLL REGISTER**  **ADRIENNE'S PIZZA BAR**  Start Check Date: 12/14/2014
End Check Date: 12/18/2014

| Pay Type | Pay Dept | Hours/Units | Pay Rate | Pay Amount | Tax | | Tax Amount | Tax | | Tax Amount | Deduction | Deduct Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Department: 14-2500-CO - 2500-COOKS | | | | | | | Employee: 45006 | BAEZ, JUAN | Check #: 60330 | | | |
| OVERTIME | 14-2500-CO | 9 77 HOURS | 19 50 | $190 52 | FWT | M6 | $10 83 | SDINY | | $0 60 | | |
| REGULAR | 14-2500-CO | 40 00 HOURS | 13 00 | $520 00 | MEDI | | $10 54 | SWTNY | M0/6 | $23 46 | | |
| SOH BONUS | 14-2500-CO | 2 00 HOURS | 8 00 | $16 00 | SSEC | | $45 05 | LOCNY | M0/6 | $15 11 | | |
| | | | | | MEDIPL | MS0/0 | $0 00 | | | | | |
| | | | Total: | $726.52 | | | | | Total: | $105.59 | | |
| Memo: | | | | | | | | | | | | |
| MEAL2 | 14-2500-CO | 49 77 OTHER | 15 00 | $15 00 | | | | | | | | |
| | | | Total: | $15.00 | | | | | | | | |
| | | | | | | | | | | | Net Pay: | $620.93 |
| Department: 14-2500-CO - 2500-COOKS | | | | | | | Employee: 45006 | BAEZ, JUAN | Check #: 61490 | | | |
| BONUS2 | 14-2500-CO | 1 00 DOLLARS | 520 00 | $520 00 | FWT | M6 | $74 39 | SWTNY | M0/6 | $55 97 | | |
| OVERTIME | 14-2500-CO | 8 95 HOURS | 19 50 | $174 53 | MEDIPL | MS0/0 | $0 00 | SDINY | | $0 60 | | |
| REGULAR | 14-2500-CO | 40 00 HOURS | 13 00 | $520 00 | MEDI | | $17 84 | LOCNY | M0/6 | $34 77 | | |
| SOH BONUS | 14-2500-CO | 2 00 HOURS | 8 00 | $16 00 | SSEC | | $76 29 | | | | | |
| | | | Total: | $1,230.53 | | | | | Total: | $259.86 | | |
| Memo: | | | | | | | | | | | | |
| MEAL2 | 14-2500-CO | 48 95 OTHER | 15 00 | $15 00 | | | | | | | | |
| | | | Total: | $15.00 | | | | | | | | |
| | | | | | | | | | | | Net Pay: | $970.67 |
| Department: 14-2500-CO - 2500-COOKS | | | | | | | Employee: 45007 | BAEZ, NOE | Check #: 1254 | | | |
| OVERTIME | 14-2500-CO | 1 00 HOURS | 84 75 | $84 75 | FWT | M6 | $0 00 | LOCNY | M0/6 | $43 77 | | |
| REGULAR | 14-2500-CO | 1 00 HOURS | 4,700 00 | $4,700 00 | MEDI | | $69 40 | SDINY | | $7 20 | | |
| | | | | | MEDIPL | MS0/0 | $0 00 | SWTNY | M0/6 | $64 49 | | |
| | | | | | SSEC | | $296 66 | | | | | |
| | | | Total: | $4,784.75 | | | | | Total: | $481.52 | | |
| Memo: | | | | | | | | | | | | |
| MEAL2 | 14-2500-CO | 2 00 OTHER | 2 50 | $180 00 | | | | | | | | |
| | | | Total: | $180.00 | | | | | | | | |
| | | | | | | | | | | | Net Pay: | $4,303.23 |
| Department: 14-2500-CO - 2500-COOKS | | | | | | | Employee: 45007 | BAEZ, NOE | Check #: 1329 | | | |
| OVERTIME | 14-2500-CO | 2 15 HOURS | 15 00 | $32 25 | FWT | M6 | $0 00 | SDINY | | $0 60 | | |
| REGULAR | 14-2500-CO | 40 00 HOURS | 10 00 | $400 00 | MEDI | | $6 27 | LOCNY | M0/6 | $4 65 | | |
| | | | | | SSEC | | $26 80 | SWTNY | M0/6 | $6 75 | | |
| | | | | | MEDIPL | MS0/0 | $0 00 | | | | | |
| | | | Total: | $432.25 | | | | | Total: | $45.07 | | |
| Memo: | | | | | | | | | | | | |
| MEAL2 | 14-2500-CO | 42 15 OTHER | 12 50 | $15 00 | | | | | | | | |
| | | | Total: | $15.00 | | | | | | | | |
| | | | | | | | | | | | Net Pay: | $387.18 |