# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALBERTO BAEZ, NOE BAEZ REYES,
IVAN VELAZQUEZ, JOSE GUADALUPE BRITO
TOMAS, and RAMON MENDOZA, *on behalf of
himself, FLSA Collective Plaintiffs and the Class,*

         Plaintiffs,

   v.

PIZZA ON STONE LLC
  d/b/a ADRIENNE'S PIZZA BAR,
PETER POULAKAKOS,
FRANK CASANO, and NICK ANGELIS

        Defendants.

Case No.: 21-cv-09714

**[PROPOSED] ORDER GRANTING
PARTIAL SUMMARY JUDGMENT**

---

   It is hereby ORDERED that Plaintiff's Motion for Partial Summary Judgment is

GRANTED in its entirety. The Court finds that:

1. Defendants are liable for failing to distribute to Plaintiffs wage notices that are compliant with NYLL § 195(1)(a);

2. Defendants are liable for failing to distribute to Plaintiffs wage statements that are compliant with NYLL § 195(3);

3. Corporate Defendant and all Individual Defendants were Plaintiffs' employers under FLSA and NYLL;

4. Defendants' alleged violations for timeshaving, if proven at trial for any amounts, were willful under FLSA and NYLL, entitling Plaintiffs to liquidated damages.


SO ORDERED

---

Hon. Jennifer H. Rearden, U.S.D.J.

          Dated