LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1188
              cklee@leelitigation.com

September 16, 2024

**<u>Via ECF</u>**
The Honorable Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
New York, NY 10007

       Re:    *Baez et al v. Pizza On Stone LLC et al.*
             <u>Case No. 1:21-cv-09714</u>

Dear Judge Rearden:

We are counsel to Plaintiffs in the above-referenced matter. We write to respectfully request that the Court consider Plaintiffs' Motion for Partial Summary Judgment [DKT. 94] ("Motion"), filed on August 30, 2024, as unopposed.

On August 30, 2024, Plaintiffs filed their motion in accordance with Local Civil Rule 6.1(b). Defendants' Opposition to the Motion was due fourteen (14) days later, or on Friday, September 13, 2024. As Defendants have failed to timely respond to Plaintiffs' Motion pursuant to Local Civil Rule 6.1 and F.R.C.P Rule 56, the Court should consider (i) Plaintiffs' Motion, as unopposed, (ii) grant the Motion in its entirety; and (iii) consider the facts stated in Plaintiff's 56.1 Fact Statement as undisputed.

It should be noted that this is far from being Defendants' first-time ignoring Court deadlines. On May 13, 2024, Judge Willis entered an Order granting Plaintiffs' request, to consider Plaintiffs' letter motion requesting the Court compel Defendants to provide deposition dates and class discovery [DKT. 82], as unopposed. On May 23, 2024, Judge Willis entered an Order [DKT. 84] granting Plaintiffs' request to file an Amended Complaint as unopposed and reminded Defendants "of their obligation to comply with" deadlines. "The Court note[d] that this is the second time a Motion has been granted due to Defendants' failure to oppose." Order dated May 23, 2024, Docket Number 84. Judge Willis also warned Defendants that "[i]n the future, if Defendants consent to Plaintiffs' proposed Motions, they should indicate that they do so at the outset to reduce unnecessary motion practice. If they do not consent, they should submit their opposition on time." *Id*.

Additionally, Defendants cannot claim that they were not served with Plaintiffs' Motion for Partial Summary Judgment or that Counsel to Defendants missed a bounce on ECF as Plaintiffs emailed the Statement of Material Facts Pursuant to Local Civil Rule 56.1, in Microsoft Word format, to Wayne Kreger, Esq., Counsel to Defendants, in accordance with Your Honor's individual Rule 5.K.iii. on August 30, 2024, or the same day of filing.

Therefore, Plaintiffs respectfully request the Court consider (i) Plaintiffs' Motion, as unopposed, (ii) grant the Motion in its entirety; and (iii) consider the facts stated in Plaintiff's 56.1 Fact Statement as undisputed.

We thank the Court for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF