LAW OFFICES OF

# WAYNE KREGER, P.A.

305 BROADWAY, SUITE 700

EMAIL: WAYNE@KREGERLAW.COM    NEW YORK, NEW YORK 10007    100 WILSHIRE BOULEVARD, SUITE 700

Also admitted in CA & DC    Telephone:  (212) 500-3270    SANTA MONICA, CALIFORNIA 90401

    Facsimile:  (212) 500-3271    Telephone: (310) 917-1083

Respond to: New York Office    Facsimile:  (310) 917-1001

October 3, 2024

**FILED VIA ECF**

The Honorable Jennifer Rearden
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12B
New York, New York 10007-1312

Re: Baez et al v. Pizza On Stone LLC et al.
Case No. 21-CV-09714

Dear Judge Rearden:

The undersigned represents Defendants Pizza on Stone LLC. dba Adrienne's Pizza Bar, Peter Poulakakos, Frank Casano and Nick Angelis ("Defendants") in the above-referenced action. I am writing this letter to request a one-week extension of the date on which Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment must be filed, to October 14, 2024.

(1) The current due date for Defendants' Opposition is October 7, 2024; (2) there has been one previous request for an extension of time by Defendants, which was made in Opposition [dkt 104] to Plaintiffs' letter motion to this Court [dkt 103]. (3) The Court granted the extension due to the undersigned counsel's medical leave [dkt 105]. (4) the reason for Defendants' request for a one-week extension herein is that Defendants have not been able to complete acquiring all of the evidence they need to properly oppose the Motion, including several critical affidavits and Plaintiffs' time records. (5) Plaintiffs' counsel CK Lee has graciously consented to this request and (6) there are no scheduled appearances before the Court (besides this Motion), and no other existing deadlines; the requested extension would therefore not affect any deadlines or scheduled dates.

This request is being made two business days before the scheduled deadline of October 7, 2024 per the Court's Individual Rule 2(E). Defendants thank the Court for your time and consideration of this request.

**THE LAW OFFICES OF WAYNE KREGER**

By: _/S/_  *Wayne S. Kreger*_____
Wayne S. Kreger, Esq.
Law Offices of Wayne Kreger
SDNY Bar No.: WK2868