**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE NUEVA YORK**

---

ALBERTO BAEZ, NOE BAEZ REYES,
IVAN VELAZQUEZ, JOSE GUADALUPE BRITO TOMAS,
y RAMON MENDOZA, *en nombre de ellos mismos,
Demandantes Colectivos FLSA, y la clase,*

               Demandantes,

   -contra-

PIZZA ON STONE LLC                           Número del Caso: 1:21-cv-09714
      d/b/a ADRIENNE'S PIZZA BAR,
PETER POULAKAKOS,
FRANK CASANO, y NICK ANGELIS

               Demandados.

---

### DECLARACIÓN DE ALBERTO BÁEZ

Yo, ALBERTO BAEZ, bajo pena de perjurio, afirmo lo siguiente:

1. Fui empleado por los Demandados desde mayo de 2006 hasta el 10 de marzo de 2020 o alrededor de esa fecha para trabajar como cocinero en el Adrienne's Pizza Bar de los Demandados, ubicado en 54 Stone Street, Nueva York, NY, 10004 (el "Restaurante").

2. Durante mi empleo con los Demandados, me pagaron varias tarifas por hora.

3. Desde el comienzo de mi empleo hasta diciembre de 2016, me pagaron una tarifa horaria regular de $11.00 por hora. Desde enero de 2017 hasta diciembre de 2017, me pagaron una tarifa horaria regular de $13.00 por hora. Desde enero de 2018 hasta diciembre de 2018, me pagaron una tarifa horaria regular de $14.00 por hora. Desde enero de 2019 hasta diciembre de 2019, me pagaron una tarifa horaria regular de $17.00 por hora. Desde enero de 2020 hasta el final de mi empleo, me pagaron una tarifa horaria regular de $18.00 por hora.

4. Durante mi empleo, los demandados no me proporcionaron avisos informándome de mis cambios en la tarifa salarial con cada cambio de tarifa salarial.

1

2

Afirmo, bajo pena de perjurio, que la información anterior es verdadera y correcta.

**10-18-24**
Fecha

Alberto Baez (Oct 18, 2024 14:53 EDT)

Alberto Baez

**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALBERTO BAEZ, NOE BAEZ REYES,
IVAN VELAZQUEZ, JOSE GUADALUPE BRITO TOMAS,
and RAMON MENDOZA,
*on behalf of themselves, FLSA Collective Plaintiffs,*
*and the Class,*

     Plaintiffs,

 v.

PIZZA ON STONE LLC        Case No.: 1:21-cv-09714
   d/b/a ADRIENNE'S PIZZA BAR,
PETER POULAKAKOS,
FRANK CASANO, and NICK ANGELIS

     Defendants.

---

**DECLARATION OF ALBERTO BAEZ**

I, ALBERTO BAEZ, under penalty of perjury, affirm as follows:

1.  I was employed by Defendants from in or around May 2006 to March 10, 2020 to work as a cook at Defendants' Adrienne's Pizza Bar, located at 54 Stone Street, New York, NY, 10004 (the "Restaurant").

2.  During my employment with Defendants, I was paid at various hourly pay rates.

3.  From the beginning of my employment through December 2016, I was paid at a regular hourly rate of $11.00 per hour. From January 2017 to December 2017, I was paid at a regular hourly rate of $13.00 per hour. From January 2018 to December 2018, I was paid at a regular hourly rate of $14.00 per hour. From January 2019 to December 2019, I was paid at a regular hourly rate of $17.00 per hour. From January 2020 to the end of my employment, I was paid at a regular hourly rate of $18.00 per hour.

4.  During my employment, Defendants did not provide me with notices informing me of my pay rate changes with each pay rate change.

1

2

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

10-18-24
Date

Alberto Baez (Oct 18, 2024 14:53 EDT)

Alberto Baez

2