# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:     212-465-1188
                     cklee@leelitigation.com

November 13, 2025

**Via ECF**
Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
New York, NY 10007

            Re:    *Baez et al v. Pizza on Stone LLC et al.*
                    Case No.: 1:21-cv-09714

Dear Judge Rearden:

We are counsel to Plaintiffs in the above-referenced matter and write to respectfully inquire about the status of Plaintiffs' Motion for Summary Judgment.

Plaintiffs' Motion for Summary Judgment was fully briefed as of October 21, 2024 [Dkt. 110] and is awaiting the Court's adjudication.

We thank the Court for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.