**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ALBERTO BAEZ, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA BAR, PETER POULAKAKOS, FRANK CASANO and NICK ANGELIS,

Defendants.

--------------------------------------------------------------X

**ORDER**

**21-CV-9714 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This Court's previous Order (Dkt. No. 122) granting Defendants' Motion for Leave to File an Answer to the First Amended Complaint (Dkt. No. 121) and associated filing deadlines should be **disregarded by all parties.**

Plaintiff must serve and file any opposing or response papers to Defendants' Motion within 14 days of service of Defendant's Motion, as set forth in SDNY Local Civil Rule 6.1(b).

**The Clerk of the Court is respectfully requested to strike Dkt. No. 122.**

SO ORDERED.

DATED: New York, New York
August 31, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge