**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ALBERTO BAEZ, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA BAR, PETER POULAKAKOS, FRANK CASANO and NICK ANGELIS,

Defendants.

---------------------------------------------------------------X

**ORDER**

**21-CV-9714 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court notes that Defendants' Motion for Leave to File an Answer to the First Amended Complaint (Dkt. No. 121) (the "Motion") contains multiple instances in which the language placed in quotation marks does not appear in the cited case.

By **September 30, 2026**, Defendants are ordered to file a letter on the docket explaining what occurred. This explanation shall identify and explain ***each*** instance in the Motion where quoted language does not appear in the cited authority.

SO ORDERED.

DATED: New York, New York
September 21, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge