**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ALBERTO BAEZ, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

PIZZA ON STONE LLC d/b/a ADRIENNE'S PIZZA BAR, PETER POULAKAKOS, FRANK CASANO and NICK ANGELIS,

Defendants.

---------------------------------------------------------------X

**ORDER**

**21-CV-9714 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Defendants initially did not answer the First Amended Complaint ("FAC"), filed on June 3, 2024. Dkt. No. 87. Defendants reappeared over two years later with new counsel and requested leave to answer late. Dkt. No. 121 (the "Motion"). The Court granted that request and ordered Defendants to answer by **September 28, 2026**. Dkt. No. 124. The time for Defendants to file their Answer has come and gone. Plaintiffs may move for default by **November 13, 2026.**

On the same day, the Court issued another order. Dkt. No. 125. This order directed Defendants' counsel to identify and explain the cause and source of multiple incorrect quotations in the Motion by **September 30, 2026.** Id. The time for Defendants to file this explanation has come and gone. Defendants' failure to meet the Court's deadline for filing their Answer does not absolve them of the requirement to provide this explanation. They have until **November 6, 2026,** to do so.

SO ORDERED.

DATED: New York, New York
October 30, 2026

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge